UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS RAGASA,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:15-cv-00471- JLT<br><br>ORDER GRANTING EXTENSION OF TIME AND AMENDING BRIEFING SCHEDULE<br><br>(Doc. 11) |

On November 24, 2015, the parties filed a stipulation for an extension of time for Plaintiff to file an opening brief. (Doc. 11)  The Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by the parties.  Based upon the terms of the stipulation, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**;
2. Plaintiff **SHALL** file an opening brief on or before **January 8, 2016**;
3. Defendant's response **SHALL** be filed no later than **February 8, 2016**; and
4. Any reply by Plaintiff **SHALL** be filed no later than **February 15, 2016**.

IT IS SO ORDERED.

Dated:  **November 25, 2015**          /s/ Jennifer L. Thurston
                                                                            UNITED STATES MAGISTRATE JUDGE