# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS RAGASA,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendants. | Case No.: 1:15-cv-00471 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC AND AMENDING THE BRIEFING SCHEDULE<br><br>(Doc. 13) |

On January 9, 2016, Plaintiff requested a three-day extension of time to file an opening brief. (Doc. 13) Plaintiff's counsel reported the additional time was necessary due to a medical emergency suffered by his spouse. (*Id.*)

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is granted nunc pro tunc; and
2. Defendant **SHALL** file a response to Plaintiff's opening brief no later than **February 11, 2016**.

IT IS SO ORDERED.

Dated: __January 13, 2016__                    /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE